

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-14-00331-CV

Gene **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The Appellee's Opposed Motion to Extend Time to File Brief is GRANTED. The appellee's brief is due on August 8, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court